[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14873
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 10, 2011
JOHN LEY
CLERK

Agency No. A095-264-557


EDWARD HENRY LOMBANA-CANO,

Petitioner,


versus


U.S. ATTORNEY GENERAL,

Respondent.


_____

Petition for Review of a Decision of the
Board of Immigration Appeals
_____

(June 10, 2011)

Before PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Edward Henry Lombana-Cano, a native and citizen of Colombia, petitions this Court to review the decision of the Board of Immigration Appeals that denied Lombana-Cano's motion to reconsider. We deny the petition.

Lombana-Cano failed to specify in his motion to reconsider any errors of fact and law in the decision of the Board. In his motion, Lombana-Cano repeated the arguments from his appeal that he had suffered past persecution and feared future persecution on account of a political opinion that the Revolutionary Armed Forces of Colombia attributed to him as a dentist working for the Colombian government. Lombana-Cano v. U.S. Att'y Gen., No. 09-12418, slip op. at 2 (11th Cir. Jan. 7, 2010). By "merely reiterating arguments previously presented to the [Board]," Lombana-Cano failed to "'specify[] . . . errors of fact or law' as required for a successful motion to reconsider." Calle v. U.S. Att'y Gen., 504 F.3d 1324, 1329 (11th Cir. 2007) (quoting 8 C.F.R. § 1003.2(b)(1)). The Board did not abuse its discretion by denying Lombana-Cano's motion to reconsider.

Lombana-Cano's petition for review is **DENIED**.